**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re

Shridhar V. Bhat                            Case No. 19-31691-KLP
6331 River Road                            Chapter 7
Henrico, VA  23229
SSN/ITIN: xxx-xx-7431,

    Debtor(s).

**NOTICE OF MOTION TO EXTEND TIME
(1) TO OBJECT TO DISCHARGE AND (2) TO FILE A
MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

    PLEASE TAKE NOTICE THAT the United States Trustee has filed with the Court a **Motion To Extend Time (1) To Object To Discharge And (2) To File A Motion To Dismiss Pursuant To 11 U.S.C. § 707** (the "Motion") in the above-captioned case.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **July 22, 2019**, you or your attorney must:

> ( X )   File with the Court, at the address below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  You must mail or otherwise file it early enough so the Court will **receive** it on or before the date stated above.
>
>                 Clerk of Court
>                 United States Bankruptcy Court
>                 701 East Broad Street – Suite 4000
>                 Richmond, Virginia 23219

---

Robert B. Van Arsdale, AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

You must also mail a copy to:

        Shannon Pecoraro, Esq.
        Office of the United States Trustee
        701 East Broad Street - Suite 4304
        Richmond, VA 23219

( X )   Attend a hearing, which may be scheduled at a later date. You will receive a separate notice of hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief requested.

        JOHN P. FITZGERALD, III
        Acting United States Trustee
        Region Four

Date: July 8, 2019

        /s/ Shannon Pecoraro
        Shannon Pecoraro, Esq.
        Office of the United States Trustee
        701 East Broad Street - Suite 4304
        Richmond, VA 23219
        July 8, 2019Telephone (804) 771-2310
        Facsimile (804) 771-2330

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all necessary parties. In addition, a copy was mailed to the following:

Shridhar V. Bhat
6331 River Road
Henrico, VA  23229

        /s/ Shannon Pecoraro
        Shannon Pecoraro
        Trial Attorney

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re

Shridhar V. Bhat,                                                    Case No. 19-31691-KLP
                                                                     Chapter 7
    Debtor(s).

**MOTION TO EXTEND TIME TO (1) OBJECT TO DISCHARGE AND
(2) TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

      COMES NOW JOHN P. FITZGERALD, III, the Acting United States Trustee for the Eastern District of Virginia (the "U.S. Trustee"), through the undersigned counsel and pursuant to §§ 707 and 727 of 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Bankruptcy Rules 1017(e)(1), 4004, 4007 and 9006(b) of the Federal Rules of Bankruptcy Procedure, hereby requests this Court to extend the time to object to the above-captioned Debtor's (the "Debtor") discharge and to extend time to file a motion to dismiss this case.   In support of this request, the U.S. Trustee states as follows:

    1.     This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. §157(b)(2)(A) and 28 U.S.C. § 1334.

    2.     On or about March 29, 2019, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

    3.     Harry Shaia, Jr. (the "Chapter 7 Trustee") was appointed trustee and continues to serve as trustee in this bankruptcy case.

    4.     The U.S. Trustee is in the process of preparing a request for documentation.

    5.     The Chapter 7 Trustee has employed counsel.

---

Robert B. Van Arsdale, Esq., AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

6. The Chapter 7 Trustee declared this case to be an asset case.

7. The adjourned § 341 meeting is scheduled for July 8, 2019, which is the same day as the expiration of the current deadlines under §§ 707(b) and 727. The § 341 meeting is being further adjourned to August 5, 2019.

8. Based upon the above, the U.S. Trustee requests an extension of time to file a motion to dismiss this case pursuant to Bankruptcy Code § 707 and/or to object to the Debtor's discharge pursuant to Bankruptcy Code § 727.

9. In the Schedules of Assets and Liabilities (the "Schedules"), the Debtor lists total unsecured debt of $4,093,148.00.

10. On Schedule I, the Debtor lists total gross montly income of $17,696.83 and Combined Average Monthly Income of $11,196.83.

11. The circumstances set forth above constitute sufficient cause for granting the requested extension of time.

12. There have been no previous extensions of time filed in this case and the deadline expires July 8, 2019.

**WHEREFORE,** the U.S. Trustee requests this Court to extend the date to file a motion to dismiss pursuant to Bankruptcy Code § 707 and/or to object to the Debtor's discharge pursuant to Bankruptcy Code § 727 through and including, October 7, 2019, and for such other relief as this Court deems just.

Respectfully requested

JOHN P. FITZGERALD, III
Acting United States Trustee
Region Four

Date: July 8, 2019

By: /s/ Shannon Pecoraro
Shannon Pecoraro
Trial Attorney

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on July 8, 2019, a true copy of the foregoing was served via electronic mail pursuant to the Administrative Procedures of the CM/ECF System for the United States Bankruptcy Court for the Eastern District of Virginia to all necessary parties.  In addition, a copy was mailed to the following:

    Shridhar V. Bhat
    6331 River Road
    Henrico, VA  23229

                                                            /s/ Shannon Pecoraro
                                                           Shannon Pecoraro, Esq.
                                                           Trial Attorney
                                                          Office of the United States Trustee
                                                          701 East Broad Street - Suite 4304
                                                          Richmond, VA 23219
                                                          Telephone (804) 771-2310
                                                          Facsimile (804) 771-2330

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re

Shridhar V. Bhat,                                              Case No. 19-31691-KLP
                                                               Chapter 7
    Debtor(s).

**ORDER EXTENDING TIME (1) TO FILE A COMPLAINT
TO OBJECT TO THE DISCHARGE AND (2) TO FILE A
MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

This matter came before the Court upon the United States Trustee's Motion To Extend Time (1) To Object To Discharge And (2) To File A Motion To Dismiss Pursuant To 11 U.S.C. §707 (the "Motion"), and it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

3. The last day to file a complaint to object to the above captioned Debtor's discharge or to file a motion to dismiss this case is extended through and including October 7, 2019.

4. Upon entry, the Clerk is directed to send a copy of this Order to all parties on the service list attached hereto.

**Dated:**

_____
**Keith L. Phillips
Bankruptcy Judge
United States Bankruptcy Court**

---

Robert B. Van Arsdale, Esq., AUST (Va. Bar No. 17483)
Shannon Pecoraro, Esq. (Va. Bar No. 46864)
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219
Telephone (804) 771-2310
Facsimile (804) 771-2330

I ask for this:

/s/ Shannon Pecoraro
Shannon Pecoraro, Esq.
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219

## **CERTIFICATION**

      I hereby certify that this Order has been either served on or endorsed by all necessary parties.

      /s/ Shannon Pecoraro
      Shannon Pecoraro

## SERVICE LIST

Shridhar V. Bhat
6331 River Road
Henrico, VA  23229

David G. Browne, Esq.
Spiro & Browne, PLC
6802 Paragon Place
Suite 410
Richmond, VA  23230

Harry Shaia, Jr., Esq.
Spinella, Owings & Shaia, P.C.
8550 Mayland Drive, Suite 208
Richmond, VA  23294-4754

Shannon Pecoraro, Esq.
Trial Attorney
Office of the United States Trustee
701 East Broad Street - Suite 4304
Richmond, VA 23219